

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 1/18/19

Eastern District of Michigan

Re: Wendel et al v. Bluestem Brands, Inc.

USDC Case Number: 18cv2988

Dear Clerk:

Pursuant to the order entered by Honorable **Ruben Castillo**, on 9/19/18, the above record was

    X    electronically transmitted to Eastern District of Michigan

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ N. Finley
            Deputy Clerk

New Case No. _____  Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016